**No. P68/19.**—Louis Marx & Co. *v.* United States, protest 64/9844 (San Francisco).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of manual or remote control train switches similar in all material respects to those

the subject of *Louis Marx & Co., Inc.* v. *United States* (55 Cust. Ct. 289, C.D. 2592), the claim of the plaintiff was sustained.